IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ABC, Inc., | : | |
| Plaintiff | : | Civil Action 2:12-cv-722 |
| v. | : | Judge Sargus |
| DEF, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

The Clerk of Court is DIRECTED to unseal document 6.

s/ Mark R. Abel<br>
United States Magistrate Judge