# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

RUNBERG, INC. d/b/a/ ZEPHYRS,

    Plaintiff,

v.

VICTORIA'S SECRET STORES, INC., et al.,

    Defendants.

Case No. 2:12-cv-722
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark. R. Abel

## ORDER

This Order memorializes the September 25, 2012, telephone conference held in this action pursuant to Local Rule 65.1, necessitated by Plaintiff's Motion for a Preliminary Injunction. (Doc. No. 18.) At that conference, the parties agreed that Defendants' Motion to Dismiss (Doc. No. 24), which deals with this Court's subject matter jurisdiction, should be decided before addressing the injunctive relief motion. To that end, Plaintiff submitted that it will stand on its position asserted in its injunctive relief motion related to this issue and Defendants shall be permitted seven (7) days from the date of this Order to file a reply memorandum. After the Court's decision on its jurisdiction, it will, if necessary, hold another telephone conference to schedule a preliminary injunction hearing.

    **IT IS SO ORDERED.**

9-27-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE